**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

JOHN B. HICKERSON          §
         §
vs.          §          CASE NO. 2:08-CV-257-TJW-CE
         §
COMMISSIONER, SOCIAL SECURITY          §
ADMINISTRATION          §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-titled and numbered civil action was referred to United States Magistrate Judge

Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 14),

which contains proposed findings of fact and recommendation that this case be dismissed for want

of prosecution, has been presented for consideration. No objections were filed.

The court is of the opinion that the conclusions of the Magistrate Judge are correct and thus

adopts, in its entirety, the report of the United States Magistrate Judge as the conclusions of this

court. The court therefore ORDERS that this case is DISMISSED without prejudice for want of

prosecution.

         SIGNED this 13th day of September, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE